COURT OF APPEALS OF VIRGINIA

Present:   Judges Elder, Alston and Senior Judge Willis

DONITA ESTEP

                                                    MEMORANDUM OPINION*
v.      Record No. 1156-12-3                              PER CURIAM
                                                     JANUARY 22, 2013
VIRGINIA RETIREMENT SYSTEM


FROM THE CIRCUIT COURT OF BUCHANAN COUNTY
Henry A. Vanover, Judge

(Jason A. Mullins; Lee & Phipps, P.C., on brief), for appellant.

(Kenneth T. Cuccinelli, II, Attorney General; Brian J. Goodman,
Legal Affairs & Compliance Coordinator, on brief), for appellee.


        Donita Estep appeals a decision of the Circuit Court of Buchanan County affirming the final

case decision of the Virginia Retirement System (VRS) denying her claim for disability retirement

benefits.  On appeal, Estep contends the circuit court erred in:  (1) finding substantial evidence

existed in the record to support VRS's denial of her disability benefits; (2) failing to address VRS's

violation of its own policy in that it allowed the Medical Board to delegate its responsibilities to an

out-of-state corporation; (3) allowing the independent fact finder to use the Medical Board's opinion

as evidence; and (4) failing to find VRS failed to adequately inform Estep as to why her claim was

denied.  We have reviewed the record, VRS's final case decision, and the final decision of the

circuit court, and find no reversible error.  Accordingly, we affirm for the reasons fully set forth by

the circuit court in its final opinion letter.  See Estep v. Virginia Retirement System, Case

No. 343-10 (Feb. 13, 2012).  We dispense with oral argument and summarily affirm because the

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>